UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

**KAREN LYONS,**

                                        **Plaintiff,**

                    -against-

**LORD & TAYLOR LLC d/b/a LORD &
TAYLOR; LORD & TAYLOR ACQUISITION
INC. d/b/a LORD & TAYLOR, LORD & TAYLOR
HOLDINGS LLC d/b/a LORD & TAYLOR
and JOHN DOES CORPORATIONS 1-50 and
RICHARD A. BAKER individually,**

                                        **Defendants.**

-----------------------------------------------------------------------X

18-cv-01891  (BM)

JOINT STIPULATION
AND ORDER FOR
DISMISSAL WITH
PREJUDICE

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED:  12/11/18 |

The parties to this action, acting through counsel, pursuant to Federal Rule 41(a)(1)(A)(ii)
hereby stipulate, in consideration of a negotiated settlement executed by them, to the
Dismissal with Prejudice of this Action, including all claims and counterclaims stated
herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: December 10, 2018

**Law Offices of Jacob Aronauer**

By:   _____
           Jacob Aronauer
           225 Broadway, 3rd Floor
           New York, NY 10007
           (212) 323-6980
           *Attorney for Plaintiff*

Dated: December 10, 2018

           **Steptoe**

By:   _____
           Michael Dockterman
           115 South LaSalle Street, Suite 3100
           Chicago, IL 60603
           (312) 577-1370
           *Attorney for Defendants*

**SO ORDERED:**                                    12/11/18

_____

**Barbara Moses**
**United States Magistrate Judge**